**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

**INSURANCE ALLIANCE, Appellant**

**V.**

**LAKE TEXOMA HIGHPORT, LLC, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellant's February 12, 2013 second agreed motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by March 20, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
             JUSTICE